IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES DEVON BROWN** **PLAINTIFF**

v. CAUSE NO. 1:21-cv-00401-LG-RPM

**STATE OF MISSISSIPPI, et al.** **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 26th day of September, 2022.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE